

EK

**FILED**
3/6/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

FEB 06 2019 YY

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Phqlyon L. M<sup>c</sup>Farthing
# y33546

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:19-cv-00777
**Judge Rebecca R. Pallmeyer**
**Magistrate Judge Mary M. Rowland**
**PC6**

vs.

C/o Colone
C/o Norwood
C/o Carter
C/o Fett
C/o Abuteen
C/o Alcazar

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✗      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**     **Plaintiff(s):**

    A.     Name: Phalyon L. McFarthing

    B.     List all aliases: _____

    C.     Prisoner identification number: Y33546

    D.     Place of present confinement: Lawrence C.C.

    E.     Address: 10930 Lawrence Rd. Sumner IL. 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**     **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.     Defendant: Colone (first name Unknown)

        Title: Correctional officer

        Place of Employment: Cook County Jail

    B.     Defendant: Norwood (first name Unknown)

        Title: Correctional officer

        Place of Employment: Cook County Jail

    C.     Defendant: Carter (first name Unknown)

        Title: Correctional officer

        Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendants:

D.  Defendant: Jett (First name Unknown)

Title: Correctional officer

Place of Employment Cook County Jail


E.  Defendant: Abuteen (First Name Unknown)

Title: Correctional officer

Place of Employment: Cook County Jail


F.  Defendant: ALCAZAR (First Name Unknown)

Title: Correctional officer

Place of Employment: Cook County Jail

2 (cont.)

Case: 1:19-cv-00777 Document #: 1 Filed: 02/06/19 Page 4 of 14 PageID #:4

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 17th 2018 the toilet in Cell # 3086 tier 39 Division 9 over flowed its contents on the floor. It stopped flushing after that situation I Informed the Morning correctional officer C/o Abuteen who said that she would put in a work order for the broken toilet. Throughout the day and passing days, I continued to tell shift officers of the problem with my toilet not being able to flush it. This lasted initially for 13 days; correctional officer Colone, correctional officer Norwood; correctional officer Carter; correctional officer Tett; correctional officer Abuteen; and correctional officer Alcazar were all apprised of the issue. Each stated that: they had call it in and issued a "Work Order" However, the plumber never came. I elected to write a grievance at this point. I did receive a "work order Number" but no relief from the plumbing issue until the 22nd day. Eventually I was given a "Control Number" with a commentary stating;

4

Case: 1:19-cv-00777 Document #: 1 Filed: 02/06/19 Page 6 of 14 PageID #:32

"Thank you for your patience". There was a complete blunt blatant disregard of basic human decency and violation of U.C.C. 730 ILCS 5/3-7-3.

I was not moved to another cell with working plumbing at any time. I had to urinate and defecate in a non-working toilet. A few times I was afforded an opportunity to defecate in the Dayroom. The Control # for this Matter is 201809041. My rights were violated clearly where the defendants acted with deliberate Indifference to my complaints about a non functioning toilet, For 22 days I was left in a cell without a functioning toilet. I contend that these conditions were cruel and unusual punishment. Prisons and Jails must provide inmates with "An environment that does not threaten their Mental and physical well-being". It is clear that I was exposed to unsanitary and possibly unhealthful conditions. These conditions were exacerbated by the unavailability of another cell to house me. I had physical pains due to having to hold my bowels and at times I could not wait to be let out to the dayroom to use a working lavatory.

5

The mental anguish that I experienced caused me to be depressed at most times. The smell also caused me physical pain to have to endure urination and defecation in such a small area was difficult. It was a senseless act on behalf of cook county especially where there were other areas I could have been transferred to. The mere fact that there was no effort to move me out of that particular cell for the amount of time I spent in there without working toilet in and of itself shows deliberate indifference.

Plaintiff was forced to suffer extreme deprivations of minimal civilized measure of necessities. Jail and prison officials must provide humane conditions of confinement; they must ensure that inmates receive adequate food, clothing, shelter and medical care and must take reasonable measure to ensure the safety of inmates and a clean environment.

5 (cont.)

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

I would Appreciate this court to remedy me with
Financial compensation for the physical and mental
Damages I suffered in the amount of *50,000.00
And injunctive relief for cook county to expediantly
repair non functioning toilets As a priority and within
24-72 hours.

**VI.     The plaintiff demands that the case be tried by a jury.     ☑ YES     ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this 30 day of January, 20 19

Phalyon Lee McFarthing
(Signature of plaintiff or plaintiffs)

Phalon Lee McFarthing
(Print name)

Y33546
(I.D. Number)

10930 Lawrence Rd
Sumner IL. 62466
(Address)

Revised 9/2007



*(Oficina del Alguacil del Condado de Cook)*

| | CONTROL # | INMATE ID # |
|---|---|---|

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
McFarthing

**PRINT - FIRST NAME** *(Primer Nombre):*
Phalyo M

**INMATE BOOKING NUMBER** *(# de identificación del Preso)*
20160125242

**DIVISION** *(División):*
9

**LIVING UNIT** *(Unidad):*
3G 3086

**DATE** *(Fecha):*
7-30-18

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| **REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)* | **REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)* | **REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)* | **REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 7-17-18 | 7:30 AM | Div 9. 3G 3086 | Supt. Cianciarulo and Staff |

My toilet has not worked in over 14 days, I have
reported the problem to several officers and
they informed me that a work order was
put in. I have been forced to urinate either in
a cup or the sink and to hold my bowels until
an officer was kind enough to allow me to use
the day room toilet. I would appreciate to have
my toilet fixed or moved to another cell. PLEASE

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** C/O Abuteen
*(Nombre del personal o presos que tengan información:)*
C/O Colone - C/O Norwood - C/O Alcazar

**INMATE SIGNATURE:** *(Firma del Preso):*
Phalyon Lu McFarthing

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| **CRW/PLATOON COUNSELOR (Print):** | **SIGNATURE:** | **DATE CRW/PLATOON COUNSELOR RECIEVED:** |
|---|---|---|
| CRW S M.11 | | 7/3/ 2018 |

| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
|---|---|---|

(FCN-40c)(AUG 16)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – CRW/PLATOON COUNSELOR)          (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2018 09091
INMATE #: 0351846

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME *(Apellido del Preso)*: McFarthing
INMATE FIRST NAME *(Primer Nombre)*: Thalyon
ID Number *(# de Identificación)*: 20162125242

GRIEVANCE ISSUE: AS DETERMINED BY CRW: 092 - Facility Repairs (Plumbing)

IMMEDIATE CRW RESPONSE (if applicable): CRW notified facilities Management, which work order was previously placed # 311840

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Facilities Management Admin
DATE REFERRED: 8/1/2018

### RESPONSE BY PERSONNEL HANDLING REFERRAL

A work order and DFM has been notified, work order number is 324757.

PERSONNEL RESPONDING TO GRIEVANCE (Print): DEN DANIEL
SIGNATURE: Den Daniel
DIV./DEPT.: ADMIN
DATE: 08/03/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE *(Firma del Preso)*: Thalyon Lee McFarthing
DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 8/9/18

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 8/16/18

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

Why did it take over 22 days to fix My over flowing toilet why wasn't I moved to another cell ?

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Si)* ☐   No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a)?)*
Thank you for your patience while your work order was being processed.

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: [signature]
SIGNATURE *(Firma del Administrador o/su Designado(a))*:
DATE *(Fecha)*: 8/22/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE *(Firma del Preso)*: Thalyon Lee McFuth
DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 8/27/18

(FCN-40b) ( AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

INMATE COPY



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

| | CONTROL # | INMATE ID # |
|---|---|---|

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| I THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☐ Other: |

| PRINT - INMATE **LAST** NAME *(Apellido del Preso):* | PRINT - **FIRST** NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| M°Far-thing | Phalyo ᴿ | 20160125242 |
| DIVISION *(División):* 9 | LIVING UNIT *(Unidad):* 3G 3086 | DATE *(Fecha):* 7-30-18 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendaria a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 7-17-18 | 7:30 AM | Div 9. 3G 3086 | Supt. Cianciarulo and Staff |

My toilet has not worked in over 14 days, I have
reported the problem to several officers and
they informed ~~ed~~ me that a work order was
Put in. I have been forced to urinate either in
a cup or the sink and to hold my bowels until
an officer was kind enough to allow me to use
the day room toilet, I would appreciate to have
My toilet fixed or moved to another cell. PLEASE

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: C/o Abu teen | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| *(Nombre del personal o presos que tengan información:)* C/o colone - C/o Norwood - C/o Alcazar | Phalyo Lu McFarthing |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): CRW S. Mell | SIGNATURE: | DATE CRW / PLATOON COUNSELOR RECIEVED: 7/3 2018 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

| (FCN-40a)(AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2018 09041
INMATE #: 0351846

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME *(Apellido del Preso):* McFarthing

INMATE FIRST NAME *(Primer Nombre):* Phalyon

ID Number *(# de Identificación):* 2016 2125242

GRIEVANCE ISSUE: AS DETERMINED BY CRW: 072 - Facility Repairs (Plumbing)

IMMEDIATE CRW RESPONSE (if applicable): CRW notified facilities Management, which work order was previously placed # 317840

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Facilities Management Admin

DATE REFERRED: 8-1-2018

### RESPONSE BY PERSONNEL HANDLING REFERRAL

A work order and DFM has been notified, work order number is 324757.

PERSONNEL RESPONDING TO GRIEVANCE (Print): DEN DANIEL

SIGNATURE: Den Dani

DIV./DEPT.: Admin

DATE: 08/03/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE *(Firma del Preso):* Phalyn Lee McFarthing

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 8/9/18

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):* 8/16/18

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

Why did it take over 22 days to fix my over flowing toilet, why wasn't I moved to another cell?

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?     Yes *(Si)* ☐     No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a))*

Thank you for your patience while your work order was being processed.

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* 

SIGNATURE *(Firma del Administrador o/su Designado(a).):* 

DATE *(Fecha):* 8/22/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE *(Firma del Preso):* Phalyn Lee McFurtth

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 8/27/18

(FCN-40b) (AUG 16)        (WHITE COPY – INMATE SERVICES)        (YELLOW COPY – C.R.W.)        (PINK COPY – INMATE)



US POSTAGE PITNEY BOWES
$ 007.85⁰
ZIP 62466
02 1H
0001393731 JAN 31 2019

**1:19-cv-00777**
**Judge Rebecca R. Pallmeyer**
**Magistrate Judge Mary M. Rowland**
**PC6**

RECEIVED

FEB -4 2019

THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use
Label 107, May 2014

Phalyon T. McFarthing #355579
10930 Lawrence RD.
Sumner IL. 60469

U.S. District Court Northern District of I...
219 South Dearborn St.
Chicago IL. 60604


PRIVILEGED

02/06/2019-30

LEGAL MAIL

